USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADA MARTINEZ,

                Plaintiff,

-against-

NEW YORK STATE NURSES ASSOCIATION,

                Defendant.

1:25-cv-01098-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Defendant's Amended Answer, which was filed without leave of the Court in violation of paragraph three of the Civil Case Management Plan and Scheduling Order. *See id.* ("Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court."). Defendant is admonished to follow the orders of this Court. Nevertheless, Defendant is granted leave to file its Amended Answer at docket entry number 18 *nunc pro tunc*.

**The parties are on notice that failure to comply with court orders, the Federal Rules of Civil Procedure, the Local Rules, or this Court's Individual Rules may result in sanctions, including: monetary penalties on counsel and the parties; preclusion of claims, defenses, and evidence; and the case-terminating sanctions of dismissal and default judgment.**

**SO ORDERED.**

**Date: July 28, 2025**
       **New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**

1