# HARDING 🏛 MAZZOTTI
### LLP

*Name Changed from Martin, Harding & Mazzotti, LLP

SEND ALL CORRESPONDENCE TO:
1 Wall Street
Albany, NY 12205
PHONE: 518.862.1200
SERVICE BY FAX OR EMAIL NOT ACCEPTED

**PARTNERS**

Paul B. Harding
Victor L. Mazzotti
Rosemarie Riddell Bogdan

**MAIN OFFICE**

1 Wall Street
Albany, New York 12205

TOLL FREE: 1.800.529.9922
FAX: 518.724.0385

**STAFFED OFFICES**

Burlington, VT
Plattsburgh, NY
Rochester, NY
Saratoga, NY
Manchester, VT
Tewksbury, MA

**APPOINTMENT CENTERS**

Albany, NY
Buffalo, NY
Corning, NY
Detroit, MI
New York, NY
Syracuse, NY
Schenectady, NY
Troy, NY
White Plains, NY

**FIRM ATTORNEYS ADMITTED IN**

New York
Massachusetts
Michigan
Vermont
District of Columbia
California
New Hampshire
New Jersey
Connecticut
Texas
New Mexico
SCOTUS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2026

February 16, 2026

***VIA ECF ONLY:***

The Honorable Mary Kay Vyskocil
United States District Court Judge
U.S. District Court, Southern District of NY
300 Quarropas Street
White Plains, NY 10601-4150

> **Re:    Martinez, Ada vs. New York State Nurses Association,**
> **Case No.: 1:25-cv-01098-MKV**

Dear Judge Vyskocil:

We write on behalf of the Plaintiff with the knowledge of counsel for Defendant. Due to a significant medical illness, Plaintiff's counsel respectfully requests a 30-day extension to conclude some limited post-deposition paper discovery. Defendant's counsel has advised that NYSNA takes no position on this request.

Depositions have recently concluded in this matter including party depositions and non-party witnesses. The deposition of Nancy Kaleda occurred on January 16, 2026. Ms. Kaleda's deposition was originally scheduled for December 15, 2025, but was adjourned due to her being snowed in and unable to travel to defense counsel's office for her deposition. Ms. Kaleda's deposition was rescheduled to January 9, 2026, and was adjourned approximately one week by Defendant when NYSNA was facing a potential strike of approximately 17,000 nurses.

Plaintiff received the certified transcript of Ms. Kaleda's deposition on February 2, 2026. However, counsel for Plaintiff was out of work with a significant illness from recent COVID 19 contraction between February 6, 2026, until February 16, 2026. Plaintiff's counsel is working diligently to review the transcript and prepare post-deposition discovery demands, which Plaintiff will serve on Defendant today, February 16, 2026—the current deadline for fact discovery established by this Court's December 5, 2025, Order (ECF No. 27).

Plaintiff respectfully requests a 30-day extension for Defendant to respond to these post-deposition discovery demands, extending the fact discovery deadline from February 16, 2026, to March 18, 2026.

We understand the Court's prior order indicated that no further extensions would be granted. However, this limited extension is necessary to provide Defendant adequate time to respond to discovery demands that could only be formulated after Ms. Kaleda's deposition was completed on January 16, 2026.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*Kelly A. Magnuson*

Kelly A. Magnuson, Esq.
Supervising Attorney
Employment Law Department
Tel.: (518) 556-3402
Email: Kelly.Magnuson@1800law1010.com

cc:   All counsel of record via ECF

---

The Court is in receipt of Plaintiff's letters at ECF Nos. 28 and 29.

IT IS HEREBY ORDERED that the Post-Discovery Conference scheduled for February 24, 2026 is adjourned to May 5, 2026 at 2:00 PM.  The parties will submit the required joint status letter one week before the Post-Discovery Conference consistent with the Amended Case Management Plan at ECF No. 25.

Plaintiff's request for an extension to the discovery deadline is untimely under this Court's Individual Rules of Practice in Civil Cases.  Nonetheless, the Court grants a 30-day extension of the discovery deadline for the sole and limited purpose of permitting Defendant to respond to post-deposition discovery demands for Nancy Kaleda only.

***The parties are on notice that failure to comply with court orders and the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules of Practice in Civil Cases may result in sanctions, including: monetary sanctions on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal for failure to prosecute and default judgment.***

The Clerk of Court is respectfully requested to terminate docket entries 28 and 29.

SO ORDERED.

Date: 2/17/2026
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge