USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADA MARTINEZ,

Plaintiff,

-against-

NEW YORK STATE NURSES ASSOCIATION,

Defendant.

---

1:25-cv-01098-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court has been made aware that the parties have reached a settlement in principle following a settlement a settlement conference before Magistrate Judge Gorenstein. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by June 28, 2026. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date:  May 29, 2026**
    **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**